# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

                Respondent

                v.

RYAN D. SAFKA,

                Petitioner

: No. 307 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1)    Whether the trial court erred after the close of all the evidence by *sua sponte* requesting both prosecution and defense reopen their case for the presentation of additional evidence?